UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00 - 6243 CR-ZLOCH

18 U.S.C. §656
18 U.S.C. §2

**MAGISTRATE JUDGE
SELTZER**

| UNITED STATES OF AMERICA | ) |
| --- | --- |
| v. | ) |
| PHYLLIS PITTMAN, | ) |
| Defendant. | ) |



## INDICTMENT

The Grand Jury charges that:

### COUNTS I-XXI

On or about the dates set forth below, at Broward County, in the Southern District of Florida, the defendant,

### PHYLLIS PITTMAN,

being an employee of Bank Atlantic, the deposits of which were then insured by the Federal Deposit Insurance Corporation, did knowingly, willfully, and with the intent to injure and defraud Bank Atlantic, embezzle, abstract, purloin, and misapply moneys, funds, and credits of and entrusted to the care and custody of Bank Atlantic, as identified in the specific Counts below:

| **COUNT** | **DATE** | **TRANSACTION** |
| --- | --- | --- |
| I | 5/5/97 | Withdrawal of approximately $3,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |

| | | |
|---|---|---|
| II | 6/3/97 | Withdrawal of approximately $3,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| III | 6/13/97 | Withdrawal of approximately $2,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| IV | 6/30/97 | Withdrawal of approximately $2,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| V | ~~7/18/97~~ *JL 7/28/97* | Withdrawal of approximately $2,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| VI | 1/12/98 | Withdrawal of approximately $414.38 from Certificate of Deposit account in the name of Olive D. Hickey |
| VII | 1/12/98 | Withdrawal of approximately $483.62 from Certificate of Deposit account in the name of Olive D. Hickey |
| VIII | 1/12/98 | Withdrawal of approximately $1,897.73 from Certificate of Deposit account in the name of Olive D. Hickey |
| IX | 4/21/98 | Withdrawal of approximately $1,423.53 from Certificate of Deposit account in the name of Olive D. Hickey |
| X | 5/18/98 | Withdrawal of approximately $4,094.88 from Certificate of Deposit account in the name of Olive D. Hickey |
| XI | 6/16/98 | Withdrawal of approximately $1,500.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| XII | 6/16/98 | Withdrawal of approximately $1,400.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| XIII | 6/26/98 | Withdrawal of approximately $900.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| XIV | 7/8/98 | Withdrawal of approximately $1,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| XV | 7/31/98 | Withdrawal of approximately $3,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| XVI | 9/1/98 | Withdrawal of approximately $3,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |

| | | |
|---|---|---|
| XVII | 10/5/98 | Withdrawal of approximately $3,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| XVIII | 11/24/98 | Withdrawal of approximately $2,500.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| XIX | 12/10/98 | Withdrawal of approximately $2,560.82 from Certificate of Deposit account in the name of Olive D. Hickey |
| XX | 12/30/98 | Withdrawal of approximately $3,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |
| XXI | 1/14/99 | Withdrawal of approximately $2,000.00 from Certificate of Deposit account in the name of Olive D. Hickey |

All in violation of Title 18, United States Code, Section 656.

A TRUE BILL

*Leonard Roth*
FOREPERSON

*Guy A. Lewis*
GUY A. LEWIS
UNITED STATES ATTORNEY

*Robin S. Rosenbaum*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

| UNITED STATES OF AMERICA | CASE NO. ____1999R02065_____ |
|---|---|
| v. | **CERTIFICATE OF TRIAL ATTORNEY*** |
| **PHYLLIS PITTMAN** | **Superseding Case Information**: |

**Court Division**: (Select One)

New Defendant(s)     Yes ____  No ____
Number of New Defendants   ____
Total number of counts     ____

____ Miami  ____ Key West
_X_ FTL   ____ WPB ____ FTP

I do hereby certify that:

1. I have carefully considered the allegations of the indictment, the number of defendants, the number of probable witnesses and the legal complexities of the Indictment/Information attached hereto.

2. I am aware that the information supplied on this statement will be relied upon by the Judges of this Court in setting their calendars and scheduling criminal trials under the mandate of the Speedy Trial Act, Title 28 U.S.C. Section 3161.

3. Interpreter:       (Yes or No) _No_____
   List language and/or dialect _____

4. This case will take __3__ days for the parties to try.

5. Please check appropriate category and type of offense listed below:
   (Check only one)                    (Check only one)

   | I   | 0 to 5 days     | _X_ | Petty   | ___ |
   | II  | 6 to 10 days    | ___ | Minor   | ___ |
   | III | 11 to 20 days   | ___ | Misdem. | ___ |
   | IV  | 21 to 60 days   | ___ | Felony  | _X_ |
   | V   | 61 days and over| ___ |         |     |

6. Has this case been previously filed in this District Court? (Yes or No) _No_
   If yes:
   Judge: _____  Case No. _____
   (Attach copy of dispositive order)

   Has a complaint been filed in this matter? (Yes or No) _No_____
   If yes:
   Magistrate Case No. _____
   Related Miscellaneous numbers: _____
   Defendant(s) in federal custody as of _____
   Defendant(s) in state custody as of _____
   Rule 20 from the _____ District of _____

   Is this a potential death penalty case? (Yes or No) _____ No _____

7. Does this case originate from a matter pending in the U. S. Attorney's Office prior to April 1, 1999? ___ Yes _X_ No  If yes, was it pending in the Central Region? ___ Yes ___ No

8. Did this case originate in the Narcotics Section, Miami? ___ Yes _X_ No

*signature*
ROBIN S. ROSENBAUM
ASSISTANT UNITED STATES ATTORNEY
Florida Bar No. 908223

*Penalty Sheet(s) attached                                    REV 6/27/00

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

## PENALTY SHEET

Defendant Name: __PHYLLIS PITTMAN__          Case No.: _____

==================================    ============================================

Counts # 1-5, 8-12, and 15-21: Embezzlement in excess of $1,000.00 by bank employee 18 U.S.C. §656

**Max. Penalty:** 30 years' imprisonment; $1,000,000.00 fine
============================================================================
Counts # 6, 7, 13, and 14: Embezzlement of $1,000.00 or less by bank employee

**Max. Penalty:** 1 year's imprisonment; $100,000.00 fine
============================================================================
Count #

**Max. Penalty:**
============================================================================
Count #:

**Max. Penalty:**
============================================================================
Count #:

**Max. Penalty:**
============================================================================

============================================================================

*Refers only to possible term of incarceration, does not include possible fines, restitution, special assessments, parole terms, or forfeitures that may be applicable.