## United States District Court

SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

V.

PHYLLIS PITTMAN

**WARRANT FOR ARREST**

FILED by _____ D.C.
AUG 2 4 2000
CLARENCE MADDOX
CLERK USDC / SDFL

CASE NUMBER:

CR - ZLOCH  MAGISTRATE JUDGE
SELTZER

TO: **The United States Marshal
and any Authorized United States Officer**

YOU ARE HEREBY COMMANDED to arrest _____ PHYLLIS PITTMAN _____
                                                              Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an employee of Bank Atlantic, the deposits of which were then insured by the Federal Deposit Insurance Corporation, did knowingly, willfully, and with the intent to injure and defraud Bank Atlantic, embezzle, abstract, purloin, and misapply moneys, funds, and credits of and entrusted to the care and custody of Bank Atlantic;

in violation of Title __18__ United States Code, Section(s) 656

CLARENCE MADDOX
Name of Issuing Officer

Bonny Butler
Signature of Issuing Officer

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

August 24, 2000, Fort Lauderdale, Florida
Date and Location

Bail fixed at $5,000 corporate surety
             $50,000 personal surety

by Lurana S. Snow
United States Magistrate Judge
Name of Judicial Officer

### RETURN

This warrant was received and executed with the arrest of the above defendant at _____

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |