AUG 29 2000

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6243-CR-Zloch

UNITED STATES OF AMERICA

vs

Phyllis Pittman

ARRAIGNMENT INFORMATION SHEET

The above named Defendant appeared before Magistrate Judge Barry S. Seltzer on  8-29-00  , where the Defendant was arraigned and a plea of NOT GUILTY was entered. Defendant and court-appointed/retained counsel of record will be noticed for trial by the District Court Judge assigned to this case. The following information is current as of this date:

DEFENDANT:         Address: _____See Bond_____

                   Telephone: _____

DEFENSE COUNSEL:   Name: _____FPD_____
                   Address: _____

                   Telephone: _____

BOND SET/CONTINUED:   $ __25,000 PSB__

Bond hearing held: yes __X__  no ____  Bond hearing set for _____

Dated this __29__ day of __August__, 20_00_.

CLARENCE MADDOX, CLERK OF THE COURT,

By: _____
    Deputy Clerk

Tape No. __00-068__

cc: Clerk for Judge
    U. S. Attorney
    Defense Counsel
    Pre-Trial Services