UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6243-CR-Zloch

UNITED STATES OF AMERICA,

    Plaintiff,

RECEIVED & FILED IN OPEN COURT
ON 8-29-00

vs. Phyllis Pittman

    Defendant.
_____/

### ORDER ON PARTIAL INDIGENCY FOR APPOINTMENT
### OF COUNSEL AND DISTRIBUTION OF AVAILABLE FUNDS

THIS CAUSE having come before the Court on request of the Defendant for appointment of counsel pursuant to the Criminal Justice Act, 18 U.S.C. Section 3006A, and the Court having found after hearing that private funds are available for payment by the Defendant for partial reimbursement for the cost of such services, it is hereby,

ORDERED AND ADJUDGED that the above named Defendant shall pay the sum of $200 on or before Oct. 27, 2000 to the Clerk of Court for deposit in the Treasury as reimbursement to the appropriation current at the time of payment, pursuant to 18 U.S.C. 3006A(f). Unless such payment is made on or before the above stated date the Court may terminate the appointment of counsel as the interest of justice may dictate. 18 U.S.C. Section 3006A(c). It is further ORDERED that a status conference on reimbursement will be held on October 30, 2000 at 11:00 (a.m.)/p.m.

DONE AND ORDERED at Ft. Lauderdale, Florida this 29 day of August, 2000.

TAPE NO.

UNITED STATES MAGISTRATE JUDGE

c:  AUSA
    Defense Counsel —FPD
    Financial Section
    Pretrial Services
    U.S. Marshal