| | | | |
|---|---|---|---|
| DEFT: | Phyllis Pittman (surrender) | CASE NO: | 00-6243-CR-Zloch |
| AUSA: | Robin Rosenbaum *present* | ATTY: | Bob Berube |
| AGENT: | | VIOL: | 18:656 |
| PROCEEDING: | Initial Appearance | BOND REC: | PSB |

BOND HEARING HELD - (yes) no     COUNSEL APPOINTED: ___FPD___

___ BOND SET @ $25,000 PSB

CO-SIGNATURES: _____

<span style="filed-stamp">FILED AUG 29 2000 CLERK U.S. DIST. CT. S.D. OF FLA. FT. LAUD.</span>

SPECIAL CONDITIONS:

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/ travel documents.
4) Rpt to PTS as directed /or ___ x's a week/month by phone; ___ x's a week/month in person.
5) Random drug testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to SD/PR
12) Halfway House
    Electronic Monitoring

Reside at current address - no illegal drugs or excessive alcohol

- Advised of Charge
- Sworn to Counsel
partially indigent —
Must deposit $300
into Registry of
Ct w/in 60 days

Reading of indictment waived
Not Guilty plea entered
Jury trial demanded
Standing Discovery Order requested

NEXT COURT APPEARANCE:   DATE:         TIME:      JUDGE:
Status re partial
INQUIRY RE COUNSEL: indigence   10-30-00   11:00am   BSS
PTD/BOND HEARING: _____
PRELIM/ARRAIGN. OR REMOVAL
STATUS CONFERENCE:   9-13-00   11:00am   LSS

DATE: 8-29-00   TIME: 11:00am   TAPE # 00-068 PG # 5

702-709 / 9