Case 0:00-cr-06243-WJZ Document 10 Entered on FLSD Docket 08/31/2000 P

FILED BY _____ D.C.

**AUG 3 0 2000**

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**UNITED STATES DISTRICT COURT**
*Southern District of Florida*

UNITED STATES OF AMERICA ) Case Number: CR ___ 00-L6243-CR-ZLOCH
              Plaintiff )
                    ) REPORT COMMENCING CRIMINAL.
       -vs-        )            **ACTION**

Phyllis Jone Pittman )     55447-004
          Defendant      **USMS NUMBER**

*************************************************************

TO: Clerk's Office   *MIAMI*   (FT. LAUDERDALE)  *W.PALM BEACH*
    U.S. District Court       *FT. PIERCE*
                 (circle one of above)

NOTE: CIRCLE APPROPRIATE LOCATION FOR APPEARANCE IN
      MAGISTRATES COURT ABOVE.

*************************************************************

All items are to be completed. Information not applicable or
unknown will be indicated "N/A".

(1) Date and Time of Arrest:___ 8-29-2000 _____ am/pm

(2) Language Spoken:___ English _____

(3) Offense(s) Charged:___ Title 18 U.S.C. Section 656 _____

(4) U.S. Citizen [X] Yes   [ ] No  [ ] Unknown

(5) Date of Birth:_____ June 21, 1966. _____

(6) Type of Charging Document: (check one)
    [X] Indictment  [ ] Complaint to be filed/already filed
    Case#___ 00-6243 _____ CR-ZLOCH

    [ ] Bench Warrant for Failure to Appear
    [ ] Probation Violation Warrant
    [ ] Parole Violation Warrant

    Originating District:___ Southern District of Florida _____

    COPY OF WARRANT LEFT WITH BOOKING OFFICER [ ]YES  [ ]NO

Amount of Bond: $_____
Who set Bond: _____

(7) Remarks: _____

(8) Date:___ 8-29-2000 ___ (9) Arresting Officer:___ Ann M. Saunders

(10) Agency:___ FBI, Miami _____ (11) Phone: 305/944-9101

(12) Comments:_____