# United States District Court

SOUTHERN DISTRICT OF FLORIDA   50/530

UNITED STATES OF AMERICA

V.

PHYLLIS PITTMAN

TO: The United States Marshal
and any Authorized United States Officer

## WARRANT FOR ARREST

CASE NUMBER:

CR - ZLOCH   MAGISTRATE JUDGE
SELTZER

YOU ARE HEREBY COMMANDED to arrest _____ PHYLLIS PITTMAN _____
                                                        Name

and bring him or her forthwith to the nearest magistrate to answer a(n)

☒ Indictment    ☐ Information    ☐ Complaint    ☐ Order of court    ☐ Violation Notice    ☐ Probation Violation Petition

charging him or her with (brief description of offense) being an employee of Bank Atlantic, the deposits of which were then insured by the Federal Deposit Insurance Corporation, did knowingly, willfully, and with the intent to injure and defraud Bank Atlantic, embezzle, abstract, purloin, and misapply moneys, funds, and credits of and entrusted to the care and custody of Bank Atlantic;

in violation of Title __18__ United States Code, Section(s) 656

CLARENCE MADDOX
Name of Issuing Officer

_Bonny Butler_
Signature of Issuing Officer

Bail fixed at _5,000 corporate Surety_
_50,000 personal Surety_

COURT ADMINISTRATOR/CLERK OF THE COURT
Title of Issuing Officer

August 24, 2000, Fort Lauderdale, Florida
Date and Location

by _Lurana S. Snow_
United States Magistrate Judge
Name of Judicial Officer

| RETURN |
|---|
| This warrant was received and executed with the arrest of the above defendant at Ft. Lauderdale, FL |

| DATE RECEIVED 8/24/00 | NAME AND TITLE OF ARRESTING OFFICER James A. Tassone United States Marshal Southern District of Florida | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST 8/29/00 | | Edward Purchase, SDUSM |