UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6243-CR-ZLOCH

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

PHYLLIS PITTMAN, :

    Defendant. :
_____/

## NOTICE OF ASSIGNMENT

The above captioned case has been assigned to the Assistant Federal Public Defender specified below. Please send all notices and inquiries to this attorney at the address listed.

Respectfully submitted,

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By:_____
    Timothy M. Day
    Assistant Federal Public Defender
    Florida Bar No. 360325
    101 N.E. 3rd Avenue
    Suite 202
    Fort Lauderdale, Florida 33301
    (954) 356-7436
    (954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this ___7___ day of September, 2000 to Robin Rosenbaum, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Pittman\ASSIGN