HONORABLE MAGISTRATE JUDGE LURANA S. SNOW

STATUS CONFERENCE

(USM do not bring defendants for status hearing)

DEFT __MICHELANGELO TROPEANO__ CASE NO: __00-8089-CR-ZLOCH__
AUSA __JEFFREY KAPLAN__ pres  ATTY __GARY ROSENBERG, ESQ.__ pres
John Williams stood in
To be a plea

Q236

DEFT __PHYLLIS PITTMAN__ CASE NO: __00-6243-CR-ZLOCH__
AUSA __ROBIN ROSENBAUM__ Brown ATTY __FPD - Daryl Wilcox__
for Tim Day
Disc out - No pending motion
possible plea - Trial set 10/10
DEFT motions due 9-29 CASE NO:_____
AUSA_____ ATTY_____

Q239

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DEFT_____ CASE NO:_____
AUSA_____ ATTY_____

DATE __9/13/00__ TIME __11:00__

17