UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6243-CR-ZLOCH

UNITED STATES OF AMERICA,       :

    Plaintiff,       :

v.       :

PHYLLIS PITMAN,       :

    Defendant.       :

_____

**STATUS REPORT**

A status conference was held in this cause on September 13, 2000. At that conference, the parties informed the Court as follows:

    1. Discovery has been sent, but not yet received.

    2. Counsel for the defendant shall have until September 29, 2000, within which to file pretrial motions.

DATED at Fort Lauderdale, Florida, this _____ day of September, 2000.

_____
LURANA S. SNOW
UNITED STATES MAGISTRATE JUDGE

Copies to:

AUSA Robin Rosenbaum (FTL)
AFPD Tim Day (FTL)

