

```
FILED by _____ D.C.
OCT 1 0 2000
```

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6243-CR-ZLOCH**

**UNITED STATES OF AMERICA**

    **v.**

**PHYLLIS PITTMAN**

| TYPE OF CASE | CRIMINAL |
|---|---|

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE:**  
299 E. BROWARD BLVD.  
FT. LAUDERDALE, FL 33301  

**COURTROOM A**  
**DATE & TIME:**  
**October 26, 2000 at 9:30 AM**

**CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL ASK FOR A CONFESSION**

CLARENCE MADDOX
CLERK OF COURT

*[signature]*
BY DEPUTY CLERK

DATE: October 10, 2000

cc:
Robin Rosenbaum, Esq., AUSA
Timothy Day, Esq., AFPD