UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6243-CR-ZLOCH

FILED by _____ D.C.
OCT 2 _ 2000

UNITED STATES OF AMERICA

v.

PHYLLIS PITTMAN

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                          COURTROOM A
299 E. BROWARD BLVD.            DATE & TIME:
FT. LAUDERDALE, FL 33301        November 7, 2000 at 10:45 AM

RESET AT REQUEST OF DEFENSE COUNSEL -
CHANGE OF PLEA - COUNSEL PLEASE ADVISE YOUR CLIENT JUDGE ZLOCH WILL
ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: October 24, 2000

cc:
Robin Rosenbaum, Esq., AUSA
Timothy Day, Esq.