UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO: 00-6243-CR-ZLOCH

UNITED STATES OF AMERICA

V.                              AMENDED NOTICE

PHYLLIS PITTMAN

FILED by _____ D.C.
NOV 0 3 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

| TYPE OF CASE | CRIMINAL |
|---|---|

TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:

PLACE:                           COURTROOM A
299 E. BROWARD BLVD.             DATE & TIME:
FT. LAUDERDALE, FL 33301         December 7, 2000 at 10:00 AM

CHANGE OF PLEA - RESET BY COURT -COUNSEL PLEASE ADVISE YOUR CLIENT
JUDGE ZLOCH WILL ASK FOR A CONFESSION

CLARENCE MADDOX
CLERK OF COURT

_____
BY DEPUTY CLERK

DATE: November 3, 2000

cc:
Robin Rosenbaum, Esq., AUSA
Timothy Day, Esq., AFPD

