UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6243-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

PHYLLIS PITTMAN, :

    Defendant. :
_____/



## ORDER GRANTING UNOPPOSED
## MOTION FOR PERMISSION TO TRAVEL

THIS CAUSE having come before the Court on Defendant's Unopposed Motion for Permission to Travel and the Court having been fully advised, it is hereby

ORDERED AND ADJUDGED that the defendant's unopposed motion for permission to travel is hereby GRANTED.

DONE AND ORDERED at Fort Lauderdale, Florida, this ____ day of November, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:    Timothy Day, AFPD
       Robin Rosenbaum, AUSA