UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES


FILED by _____ D.C.
DEC 0 7 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER 00-6243-02-ZLOCH  DATE 12-7-00
CLERK Carline Newby  REPORTER Carl Schneider
PROBATION ____  INTERPRETER ____

UNITED STATES OF AMERICA v. Phyllis Pittman

U. S. ATTORNEY Robin Rosenbaum  DEFT COUNSEL Timothy Day

DEFENDANT: (PRESENT)  NOT PRESENT  (ON BOND)  IN CUSTODY

REASON FOR HEARING Change of Plea to Count 1

RESULT OF HEARING Deft entered a plea of guilty to Count 1

JUDGMENT Court accepted plea & adjudged deft guilty to Count 1

CASE CONTINUED TO 2-16-01  TIME 11:00  FOR Sentencing

MISC Written Plea Agreement

25