UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

CASE NO. 00-6243-CR-ZLOCH

MAGISTRATE JUDGE SELTZER

UNITED STATES OF AMERICA, :

    Plaintiff, :

vs. :

PHYLLIS PITTMAN, :

    Defendant. :
_____/



## UNOPPOSED MOTION FOR PERMISSION TO TRAVEL

The defendant, through counsel, moves this Court for permission to travel and as grounds in support thereof states:

1. Ms. Pittman is charged by way of indictment with violating 18 U.S.C. § 656 or embezzlement. She is currently out of custody on a $25,000 personal surety bond set August 29, 2000.

2. Ms. Pittman is currently scheduled for sentencing February 16, 2001.

3. Ms. Pittman desires to travel to Palm Bay, Florida to visit family December 29 through December 31, 2000. She will be visiting family and will be residing at the residence of Tracy Brown, 724 Wild Strawberry, #304, Palm Bay, Florida.

4. Assistant United States Attorney Robin Rosenbaum has been contacted and states she has no objection to this motion.

WHEREFORE, the defendant requests that the Court grant this motion to travel.

Respectfully submitted.

KATHLEEN M. WILLIAMS
FEDERAL PUBLIC DEFENDER

By: _____
Timothy M. Day
Assistant Federal Public Defender
Florida Bar No. 360325
101 N.E. 3rd Avenue
Suite 202
Fort Lauderdale, Florida 33301
(954) 356-7436
(954) 356-7556 (fax)

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was mailed on this **27** day of December, 2000 to Robin Rosenbaum, Esquire, United States Attorney's Office, 299 E. Broward Blvd., Fort Lauderdale, Florida 33301.

_____
Timothy M. Day

S:\DAY\Pittman\Travel.01.wpd