UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6243-CR-ZLOCH



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                                    **O R D E R**

PHYLLIS PITTMAN,

    Defendant.
_____/

THIS MATTER is before the Court upon the Defendant, Phyllis Pittman's, Unopposed Motion For Permission To Travel, bearing file stamp of the Clerk of this Court dated October 27, 2000. The Court has carefully reviewed same and is otherwise fully advised in the premises.

Accordingly, after due consideration, it is

**ORDERED AND ADJUDGED** that the Unopposed Motion For Permission To Travel filed herein by the Defendant, Phyllis Pittman, is **GRANTED**, provided that the Defendant Pittman shall provide her United States Probation Officer with a complete itinerary of her travel plans including departure and return dates, all addresses where the Defendant will be staying, all telephone numbers where

the Defendant can be contacted during travel, and any and all other information required by the United States Probation Office prior to the Defendant's departure date.

**DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this ___28th___ day of December, 2000.

_____
WILLIAM J. ZLOCH
Chief United States District Judge

Copies furnished:

Timothy M. Day, Esq., AFPD
For Defendant Pittman

Robin Rosenbaum, Esq., AUSA
Georgann Stanley, USPO