**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**
**CASE NO: 00-6243-CR-ZLOCH**

**UNITED STATES OF AMERICA**

      **v.**                       **NOTICE**

**PHYLLIS PITTMAN**

FILED by _____ D.C.
FEB 6 2001
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

**TYPE OF CASE**           **CRIMINAL**

**TAKE NOTICE THAT A PROCEEDING IN THIS CASE HAS BEEN SET AS FOLLOWS:**

**PLACE**                            **COURTROOM A**
299 E. BROWARD BLVD.        **DATE & TIME:**
FT. LAUDERDALE, Fl, 33301   February 16, 2001, at 10:00 AM

**TIME OF SENTENCING HAS BEEN CHANGED TO 10:00 AM**

                                              CLARENCE MADDOX
                                              CLERK OF COURT

                                              BY DEPUTY CLERK

DATE: February 6, 2001

cc:
Robin Rosenbaum, Esq., AUSA
Timothy Day, Esq., AFPD
Probation



30