UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
HONORABLE WILLIAM J. ZLOCH
CRIMINAL MINUTES

FILED by D.C.
FEB 1 6 2001     M.S
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

CASE NUMBER __00-6243-CR-ZLOCH__    DATE __2/16/01__
CLERK __Michael Sullivan__    REPORTER __Carl Schanzleh__
PROBATION _____    INTERPRETER _____

UNITED STATES OF AMERICA v. __Phyllis Pittman__

U. S. ATTORNEY __Robin Rosenbaum__    DEFT COUNSEL __Timothy Day__

DEFENDANT:  (PRESENT)    NOT PRESENT    (ON BOND)    IN CUSTODY

REASON FOR HEARING __Sentencing__

RESULT OF HEARING __Court Grants Deft's Motion for Downward Departure;__

JUDGMENT __Restitution ordered in the amount of $133,656.55, Ct-1 committed to B.O.P. for a period of time served; Deft shall be placed on supervised release for 5 years upon release from B.O.P. Special Conditions - Mental Health treatment program participating, shall not incur further debt w/o__

CASE CONTINUED TO _____    TIME _____    FOR _____

__prior written permission from probation + shall make requested financial__
MISC __disclosure, shall make restitution in the amount of $7,500.00 w/in the next 3 years; Special assessment of $100.00 imposed.__

32