# United States District Court
## Southern District of Florida
### FORT LAUDERDALE DIVISION

FEB 2 1 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD

| UNITED STATES OF AMERICA | JUDGMENT IN A CRIMINAL CASE |
|---|---|
| V. | (For Offenses Committed On or After November 1, 1987) |
| **PHYLLIS PITTMAN** | **Case Number: 00-6243-CR-ZLOCH** |
| | Counsel For Defendant: **TIMOTHY DAY, ESQ., AFPD** |
| | Counsel For The United States: **ROBIN ROSENBAUM, ESQ., AUSA** |
| | Court Reporter: **Carl Schanzleh** |

*55447-004*

**THE DEFENDANT:**

[X] pleaded guilty to count one

[ ] pleaded nolo contendere to count(s)
which was accepted by the court.

[ ] was found guilty on count(s)
after a plea of not guilty

| Title & Section Number(s) | Nature of Offense | Date Offense Concluded | Count |
|---|---|---|---|
| 18:656 | bank embezzlement | 5/97 | 1 |

The defendant is sentenced as provided in pages 2 through __8__ of this Judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

[ ] The defendant has been found not guilty on count(s)

[X] **Counts remaining are dismissed on the motion of the United States.**

**IT IS FURTHER ORDERED** that the defendant shall notify the United States Attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid. If ordered to pay restitution, the defendant shall notify the court and United States attorney of any material change in the defendant's economic circumstances.

Defendant's Soc. Sec. No.: **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**
Defendant's Date of Birth: **6/21/69**
Defendant's USM Number:

Defendant's Residence Address:
721 NE 58TH COURT

FT. LAUDERDALE, FL 33334

Defendant's Mailing Address:
721 NE 58TH COURT

FT. LAUDERDALE, FL 33334

**2/16/01**
Date of Imposition of Judgment

*Signature of Judicial Officer*

**William J. Zloch**
**Chief U.S. District Court Judge**

Date: 2/21/01

Certified to be a true and correct copy of the document on file
Clarence Maddox, Clerk
U.S. District Court
Southern District of Florida
By _____ Deputy Clerk
Date 2-21-01

34

No further action required by
Marshals Service

James A Tassone
UNITED STATES MARSHAL

Ed Purchase SDUSM