PROB 12A  
(SD/FL 9/96)

SD/FL PACTS No. 65203

# UNITED STATES DISTRICT COURT

for

## SOUTHERN DISTRICT OF FLORIDA

### Report on Offender Under Supervision



Name of Offender:   PITTMAN, Phyllis     Case Number: 00-6243-CR-ZLOCH

Name of Sentencing Judicial Officer: The Honorable William J. Zloch, Chief Judge
                                     United States District Court

Date of Original Sentence: February 16, 2001

Original Offense:    Bank Embezzlement, in violation of Title 18 U.S.C. § 656, a class B felony.

Original Sentence:   Time served for imprisonment and five (5) years of supervised release with Special Conditions to include: (1) Defendant to participate in mental health treatment as deemed necessary by USPO; (2) Defendant to provide USPO with complete access to financial information; (3) Defendant to not incur any further debt; (4) Defendant shall pay $7,500.00 towards the total restitution within three (3) years from today (2/16/01). Failure to do so will be deemed by the Court to be a violation of supervised release; (5) Total restitution to be paid $33, 656.55.

Type of Supervision: Supervised Release     Date Supervision Commenced: February 16, 2001

---

## NONCOMPLIANCE SUMMARY

The offender has not complied with the following condition(s) of supervision:

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | Violation of Special Condition, by failing to satisfy court-ordered restitution. On or about February 16, 2001 restitution in the amount of $33, 656.55 was ordered by the court, with $7,500.00 due within three (3) years of supervision, to be paid at the direction of the U.S. Probation Officer. On March 5, 2001, the supervised releasee executed a financial obligation agreement to begin making payments of $210.00 per month to commence immediately and to date has failed to comply with the agreement and is currently 5 months in arrears, in the amount of $1,050.00 |

PROB 12A  SD/FL PACTS No. 65203
(SD/FL 9/96)

U.S. Probation Officer Action:

    The defendant discloses all financial information to USPO monthly as requested. At this time, the defendant is experiencing financial hardship due to her inability to work overtime hours at her employment and her ex-husbands failure to pay court ordered child support. The defendant is the sole provider for 3 children. USPO had discussed with the defendant the importance of completing her special condition for payment of $7,500 within three years, and she has verbally demonstrated understanding of the consequences for her failure to do so. The defendant is of the understanding that payments will need to be made in excess of the $210.00 per month agreement, in order for her to comply with her special conditions. The defendant estimates that she will be current in payment by April 1, 2002.

    As the defendant is in compliance with all other conditions of supervision, the U.S. Probation Officer recommends no further action be taken at this time and that the defendant be allowed the opportunity to make up her payments under the supervision of the U.S. Probation Officer, by the agreed upon date of April 1, 2002.

Respectfully submitted,

by     Patricia Brinson
    U.S. Probation Officer
    Phone: 954-769-5511
    Date: December 26, 2001




[X]   Concur with action(s) taken by the U.S. Probation Officer
[ ]   Submit a Request for Modifying the Conditions or Term of Supervision
[ ]   Submit a Request for _ Warrant or _ Summons

_____
Signature of Judicial Officer

1/8/02
_____
Date