SD/FL PACTS NO. 65203

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION
CASE NO. 00-6243CR-ZLOCH

UNITED STATES OF AMERICA,

    Plaintiff,

v.

Phyllis Pittman

    Defendant.
_____/

RECEIVED
SEP 0 9 2005
U.S. PROBATION OFFI
FT. LAUDERDALE, FLOR A

## CONSENT AGREEMENT

The United States of America and Phyllis Pittman, hereby stipulate and agree to enter into a payment schedule to satisfy the $ 33,656.55 restitution imposed in the Judgment and Probation Commitment Order entered herein on February 22, 2001 and amended on _, against Defendant Phyllis Pittman, pursuant to the following terms.

    1.    The defendant, Phyllis Pittman, shall pay the restitution/fine balance of $ 24,401.55, plus any statutory interest pursuant to 18 USC 3612(f) to the United States of America at the rate of $ 100 per month, beginning the first day of the month following expiration of supervision and each month thereafter until the obligation is paid in full.

SD/FL PACTS NO. 65203

2.  The Defendant, Phyllis Pittman, shall send the monthly payments by cashier's check or money order, made payable to the Clerk, U.S. District Court, Southern District of Florida (S.D. Fla) and mailed to the:

>   Clerk of the Court
>   U.S. District Court
>   Southern District of Florida
>   Financial Section
>   301 North Miami Avenue, Room 150
>   Miami, Florida 33128

**The case number and defendant's name must be printed on the check.**

3.  The Defendant, Phyllis Pittman, agrees to submit an updated Financial Statement to the United States for review annually upon demand. Upon the review of the Financial Affidavit, the monthly amount may be increased or decreased accordingly or a lump sum payment may be demanded if it is determined that the defendant has the assets to pay all or a substantial portion of the restitution.

4.  The parties agree that in the event of a default in the aforesaid monthly payments which extends beyond the due date of the third regular monthly installment, the United States shall be entitled to seek collection of the entire balance of the judgment then due and owing, by attachment, garnishment, execution or any other legal remedy.

5.  The Defendant, Phyllis Pittman, shall be obligated to notify the United States Attorney's Office, Southern District of Florida, Financial Litigation Unit, 99 NE 4th Street, Suite 300, Miami, Florida 33132, of any change of address while said judgment is outstanding.

SD/FL PACTS NO. 65203

6.   The parties agree that upon the complete satisfaction of the $ 33,656.55 restitution/fine judgment entered herein, the Defendant shall be entitled to have it marked as satisfied upon the records of this Court and upon the records of any other Court in which it may be recorded.

The parties consent to the terms of the above-specified agreement.

| | |
|---|---|
| *Phyllis Pittman* (signature)<br>Defendant: Phyllis Pittman<br>Address: 721 Northeast 58 Court<br>Ft. Lauderdale, Florida 33334<br>Phone: (954)771-2923<br>SSN: ███ | R. ALEXANDER ACOSTA<br>UNITED STATES ATTORNEY<br>By: *Elizabeth Ruf Stein* (signature)<br>Elizabeth Ruf Stein<br>Assistant U.S. Attorney<br>Financial Litigation Unit<br>99 N.E. 4th Street, #313<br>Miami, Florida 33132-2111<br>Phone: (305) 961-9313<br>Fax: (305) 530-7195<br>FLA Bar No: 354945<br>Email: elizabeth.stein@usdoj.gov |

*(signature)*
Ann Roman
U.S. Probation Officer
Address: 299 East Broward Blvd, Suite 409
Ft. Lauderdale, Florida
Phone: (954)769-5509
Fax: (954)769-5566

Dated this 1 day of September 2005, .