UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6243-CR-ZLOCH



UNITED STATES OF AMERICA,

    Plaintiff,

vs.                         <u>**O R D E R**</u>

PHYLLIS PITTMAN,

    Defendant.
_____/

    THIS MATTER is before the Court upon the Consent Agreement (DE 37), filed herein by Plaintiff, United States of America, and Defendant, Phyllis Pittman. The Court has carefully reviewed said Agreement and the entire court file and is otherwise fully advised in the premises.

    Accordingly, after due consideration, it is

    **ORDERED AND ADJUDGED** that the Consent Agreement (DE 37) filed herein by the Plaintiff, United States of America, and Defendant, Phyllis Pittman, be and the same is hereby approved, adopted and ratified by the Court. The restitution order of $33,656.55, entered by prior Order (DE 33) on February 21, 2001, shall be paid according to the terms agreed upon in the aforementioned Agreement (DE 37).

    **DONE AND ORDERED** in Chambers at Fort Lauderdale, Broward County, Florida, this __27th__ day of September, 2005.

                                          WILLIAM J. ZLOCH
                                          Chief United States District Judge

Copies furnished:
Elizabeth Ruf Stein, Esq., AUSA
Ann Roman, USPO
Phyllis Pittman, Pro se
721 Northeast 58 Court
Ft. Lauderdale, Florida 33334

